The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
YOUNG, Cecil

### DEFENDANTS
BRANTLEY, Mary; DEPARA, Angel, Jr.; McCARTHY, Thomas; BONNEY, Richard; AUSTIN, Howard, Jr.; WHITE, Thomas; McCARTHY, Martin

(b) County of Residence of First Listed Plaintiff  **Fairfield**
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant _____
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number)
THE PATTIS LAW FIRM, LLC; 649 AMITY ROAD, BETHANY, CT 06524
203-393-3017

Attorneys (If Known)

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability / ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 |  | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander / ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine / **PERSONAL PROPERTY** | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability / ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
|  | ☐ 371 Truth in Lending | ☐ 690 Other |  | ☐ 490 Cable/Sat TV |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle / ☐ 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/Exchange |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury / ☐ 385 Property Damage Product Liability | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 195 Contract Product Liability |  | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise |  |  | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting / ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 442 Employment | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations / **Habeas Corpus:** |  | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 240 Torts to Land |  / ☐ 530 General |  |  |  |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare / ☐ 535 Death Penalty | **IMMIGRATION** |  | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - Employment / ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application |  |  |
|  | ☐ 550 Civil Rights | ☐ 463 Habeas Corpus - Alien Detainee |  | ☐ 950 Constitutionality of State Statutes |
|  | ☐ 446 Amer. w/Disabilities - Other / ☐ 555 Prison Condition | ☐ 465 Other Immigration Actions |  |  |
|  | ☒ 440 Other Civil Rights |  |  |  |

## V. ORIGIN (Place an "X" in One Box Only)

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
Section 1983 U.S.C. Title 42

Brief description of cause:
retaliation and malicious prosecution

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $ 

CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes  ☐ No

## VIII. RELATED CASE(S) IF ANY
(See instructions):
JUDGE _____
DOCKET NUMBER  12-616

DATE: 04/25/2012

SIGNATURE OF ATTORNEY OF RECORD
/s/ NORMAN A. PATTIS /s/

**FOR OFFICE USE ONLY**

RECEIPT # _____  AMOUNT _____  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| CECIL YOUNG,<br>    Plaintiff, | :<br>:<br>: |
| v.<br>MARY BRANTLEY,<br>ANGEL DEPARA, JR.<br>THOMAS MCCARTHY,<br>RICHARD BONNEY,<br>HOWARD AUSTIN, SR.<br>THOMAS WHITE,<br>MARTIN MCCARTHY,<br>    Defendants. | :  3:12-cv-616  :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:  APRIL 25, 2012 |

## COMPLAINT

1. The is an action against members of the City of Bridgeport City Council and municipal employees alleging that they assaulted the plaintiff in an open meeting of the City Council in an effort to silence him as he spoke out on matters of public concern. The plaintiff contends that the defendant retaliated against him for his exercise of the right to freedom of speech and his right to petition for the redress of grievances in violation of the First Amendment of the United States Constitution, that they assaulted him within the meaning of the common law of the State of Connecticut, and that they sought his prosecution and thereby engaged in malicious prosecution.

2. Jurisdiction of this court is invoked under the provisions of Sections 1331, 1343(3), 1367(a) and 2201(a) of Title 28 and Sections 1983 of Title 42 of the United States Code.

3. The plaintiff, Cecil Young, was at all times relevant to this action, and he remains, an adult resident of the City of Bridgeport.

4. Mary Brantley was at all times relevant to this action an adult resident of the City of Bridgeport and an elected member of the City Council. She is sued in her individual capacity only.

5. Angel Depara, Jr. Was at all times relevant to this action an adult resident of the City of Bridgeport and an elected member of the City Council. He is sued in his individual capacity only.

6. Thomas McCarthy was at all times relevant to this action an adult resident of the City of Bridgeport and an elected member of the City Council serving as president of the body. He is sued in his individual capacity only.

7. Richard Bonney was at all times relevant to this action an adult resident of the City of Bridgeport and an elected member of the City Council. He is sued in his individual capacity only.

8. Martin C. McCarthy was at all times relevant to this action an adult resident of the City of Bridgeport and an elected member of the City Council serving as president of the body. He is sued in his individual capacity only.

9. Howard Austin, Sr., was at all times relevant to this action an adult resident of the City of Bridgeport and an elected member of the City Council serving as president of the body. He is sued in his individual capacity only.

10. Thomas White was at all times relevant to this action an employee of the City of Bridgeport. He is sued in his individual capacity only.

11. The plaintiff is well known throughout the City of Bridgeport for his outspoken manner and frequently appears at public meetings to serve as an activist and gadfly.

12.     On May 17, 2010, the plaintiff attended a public meeting of the Bridgeport City Council where he attempted to raise an issue of public concern, to wit: the discharge of raw sewage into the basements of public housing projects.

13.     As he was speaking, defendants Brantley and Depara left their seats and physically assaulted the plaintiff in an effort to silence him. After the attack began, defendants McCarthy and Bonney joined the fracas, and all four of the council men attempted to subdue him by means of physical force.

14.     An effort to attempt to justify their unlawful assault on the plaintiff, the defendants complaint to the police that the plaintiff was acting in a loud and unruly manner, thus instigating a prosecution of him for the infraction of creating a public disturbance.

15.     The criminal infraction against the plaintiff was dismissed by a judge of the Superior Court of the State of Connecticut after the plaintiff was required to appear in court and engaged the services of an attorney for his defense.

16.     The conduct of the defendants, each of them, was intentional and inspired by malice.

17.     The acts and omissions of each of the defendant took place while the defendants were acting under color of law, either in the form of their serving as elected officials conducting municipal business, or acting in the course and scope of their duties as municipal employees.

18.     As a direct and proximate result of the defendants' assault of the plaintiff, the plaintiff suffered injuries to his back, neck and arm, and was required to undergo lengthy back surgery. He will require additional surgery to address the injuries caused

by the defendants.

19. As a direct and proximate result of the defendants assault and of the defendants silencing of the plaintiff by violence, the plaintiff endured emotional distress, humiliation, and the loss of the constitutional rights herein described.

WHEREFORE, the plaintiff seeks damages as follows:

    a. Compensatory damages;

    b   Punitive damages;

    c. Attorney's fees pursuant to 42 U.S.C. Section 1988;

    d. Such other relief as this Court deems fair and equitable.

### JURY CLAIM

The plaintiffs claim trial by jury

THE PLAINTIFF

By;   /s/ NORMAN A. PATTIS /s/
NORMAN A. PATTIS
649 Amity Road
Bethany, CT 06524
203.393.3017
203.393.9745 (fax)
napatty1@aol.com
ct13120

4